# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF GEORGIA<br>On Relation by Charles C.: Miller<br>*ex rel.* Percy C.: Helmer, Jr., *et al.*,<br><br>        Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.*,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:10cv-00007-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATION
## AND FINANCIAL INTERESTS

Pursuant to Local Civil Rule 7.1 of this Court and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants in the above captioned action certify the following:

The Defendants are non-governmental corporate entities that perform several public or governmental functions. There is no parent corporation.

The capital stock of the Defendants is not available to the general public. Such stock is owned exclusively by several hundred state and national banks that are members of the Federal Reserve System located in the respective Districts of the named Reserve Banks. Shareholders of the Defendants do not have the same financial interest as shareholders of other banks, however. They cannot sell or pledge their shares; their dividends are fixed by law and are not dependent on the financial performance of a solvent bank; and their participation in the election of Defendants' directors is restricted and is not related to the number of shares they hold.

DSMDB-2754575v01

Date: February 18, 2010

| | |
|---|---|
| /s/George R. Pitts | /s/Frank E. Brown, Jr. |
| George R. Pitts | Frank E. Brown, Jr. |
| D.C. Bar No. 417666 | *Pro hac vice* pending |
| Attorney for Defendants | Attorney for Defendants |
| Dickstein Shapiro LLP | Saunders & Brown, PLC |
| 1825 Eye Street, N.W. | 8280 Greensboro Dr., Ste. 601 |
| Washington, D.C. 20006-5403 | McLean, VA 22102 |
| Telephone: (202) 420-3158 | Telephone: (703) 506-1022 |
| Fax: (202) 420-2201 | Fax: (703) 506-1095 |
| pittsg@dicksteinshapiro.com | gbrown@saundersbrown.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have reason to believe that the Plaintiffs will not use the CM/ECF system. Accordingly, I hereby certify that I have also served the foregoing document by U.S. mail, first-class postage prepaid, to the following (addresses are as set out on the pleadings do not include zip codes except that a zip code is provided for Mr. Miller):

| | |
|---|---|
| Charles C. Miller | Percy C. Helmer, Jr. |
| 1204 Auburn Way N., #416 | 1033 East Club Court |
| Auburn, Washington 98002 | Atlanta, Georgia |
| | |
| James Tucker-Bey | Dylette B. Knupp |
| 110 Victoria Drive | 231 Lindsey Place |
| Fayetteville, Georgia | Marietta, Georgia |

/s/George R. Pitts
  George R. Pitts