## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF GEORGIA<br>On Relation by Charles C.: Miller<br>*ex rel.* Percy C.: Helmer, Jr., *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.*,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:10cv-00007-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Rule 12(b)(1), (2), and (6), F.R.Civ.P., Defendants[1] move this Court to dismiss this action.  The grounds of this motion are as follows:

1.    All Reserve Bank Defendants are non-residents of the District of Columbia and transact business within specifically defined geographical areas, called "Districts".  With the exception of the Federal Reserve Bank of Richmond ("Fed Richmond"), whose District includes the District of Columbia, none of the Reserve Banks transact business in the District of

---

[1] Gary H. Stern is named as President of the Federal Reserve Bank of Minneapolis.  Mr. Stern is no longer President, and Defendants will treat the pleadings as if the current President, Narayana Kocherlakota, had been named.

Columbia.  Therefore, with the exception of Fed Richmond, this Court lacks personal jurisdiction over the Defendant Reserve Banks. *Rule 12(b)(2).*

2.     Each Reserve Bank is a separate corporate entity, chartered by the Comptroller of the Currency, and their officers and directors, including the individual Reserve Bank presidents named in the Complaint, are protected from personal liability.  The Complaint contains no factual allegations that would justify the imposition of personal liability, and no factual allegations that any of the named presidents transacts business in the District of Columbia.  Therefore (a) this Court lacks personal jurisdiction over the named presidents of the Reserve Banks, and (b) the Complaint states no cause of action against them as individuals. *Rules 12(b)(2) and 12(b)(6).*

3.     Because Plaintiffs lack standing to bring this action, this Court also lacks subject matter jurisdiction.  *Rule 12(b)(1).*  Among the numerous defects in the requirements for Article III standing that a review of the Complaint reveals, Plaintiffs themselves admit that the State of Georgia would be the proper party to bring this suit.

4.     The Complaint states no cause of action upon which relief can be granted, *Rule 12(b)(6),* because it states no cause of action at all.  Rather, Plaintiffs merely posit an abstract political theory of the relationship between the governed and the government which they claim represents reality and that they allege has been unconstitutionally altered by the "Federal

2

Reserve". Moreover, Plaintiffs do not, and cannot, identify principles of law, constitutional or otherwise, upon which their demands for relief can be based.

The grounds of this motion are more fully set forth in the accompanying memorandum of points and authorities, which is incorporated herein by this reference.

WHEREFORE, Defendants move this Court to dismiss this action with prejudice and that they recover their reasonable costs and counsel fees expended.

> FEDERAL RESERVE BANK OF BOSTON
> Eric S. Rosengren, President
> FEDERAL RESERVE BANK OF NEW YORK
> William C. Dudley, President
> FEDERAL RESERVE BANK OF PHILADELPHIA
> Charles I. Posner, President
> FEDERAL RESERVE BANK OF CLEVELAND
> Sandra Pianalto, President
> FEDERAL RESERVE BANK OF RICHMOND
> Jeffrey M. Lacker, President
> FEDERAL RESERVE BANK OF ATLANTA
> Dennis P. Lockhart, President
> FEDERAL RESERVE BANK OF CHICAGO
> Charles Evans, President
> FEDERAL RESERVE BANK OF ST. LOUIS
> James Bullard, President
> FEDERAL RESERVE BANK OF MINNEAPOLIS
> Narayana Kocherlakota, President, substituted
> for Gary H. Stern, no longer President
> FEDERAL RESERVE BANK OF KANSAS CITY
> Thomas M. Hoenig, President
> FEDERAL RESERVE BANK OF DALLAS
> Richard W. Fisher, President
> FEDERAL RESERVE BANK OF SAN FRANCISCO
> Janet L. Yellen, President
> By their attorneys

DSMDB-2754579v01

/s/George R. Pitts_____
  George R. Pitts
  D.C. Bar No. 417666
  Attorney for Defendants
  Dickstein Shapiro LLP
  1825 Eye Street, N.W.
  Washington, D.C. 20006-5403
  Telephone: (202) 420-3158
  Fax: (202) 420-2201
  pittsg@dicksteinshapiro.com

/s/Frank E. Brown, Jr._____
  Frank E. Brown, Jr.
  *Pro hac vice* pending
  Attorney for Defendants
  Saunders & Brown, PLC
  8280 Greensboro Dr., Ste. 601
  McLean, VA 22102
  Telephone: (703) 506-1022
  Fax: (703) 506-1095
  gbrown@saundersbrown.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 18th day of February, 2010, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have reason to believe that the Plaintiffs will not use the CM/ECF system. Accordingly, I hereby certify that I have served the foregoing by U.S. mail, first-class postage prepaid, to the following (no zip codes provided in the Complaint for any plaintiff other than Mr. Miller):

Charles C. Miller
1204 Auburn Way N., #416
Auburn, Washington 98002

Percy C. Helmer, Jr.
1033 East Club Court
Atlanta, Georgia

James Tucker-Bey
110 Victoria Drive
Fayetteville, Georgia

Dylette B. Knupp
231 Lindsey Place
Marietta, Georgia

/s/George R. Pitts_____
  George R. Pitts

DSMDB-2754579v01

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE PEOPLE OF THE STATE OF GEORGIA On Relation by Charles C.: Miller *ex rel.* Percy C.: Helmer, Jr., *et al.,* | ) ) ) ) ) |  |
| Plaintiffs | ) ) |  |
| v. | ) ) ) | Case No. 1:10cv-00007-RJL |
| THE FEDERAL RESERVE A Private Stock Company Eric S. Rosengren dba Eric S. Rosengren President and CEO, Federal Reserve Bank of Boston, *et al.,* | ) ) ) ) ) ) |  |
| Defendants | ) ) |  |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

### I.   INTRODUCTION

It is readily apparent that this is not the type of Complaint commonly filed in this Court, based upon a recognized cause of action.   Although Plaintiffs liberally sprinkle their submission with familiar terms (*ultra vires, nunc pro tunc,* purchase money security interest, resulting trust, etc.) those terms are not tethered to any factual or conceptual grounding.   Instead, Plaintiffs challenge the Defendants and the Court to discern on what basis they sue all twelve Federal Reserve Banks and their respective Presidents. To begin to understand this Complaint, we must consult a dictionary for the definition of the term by which Plaintiffs describe themselves and upon which

they base their standing to bring this action—Relator.   A Relator is "an informer; a person who furnishes information on which a civil or criminal case is based; the real party in interest in whose name a state or an attorney general brings a lawsuit." *Black's Law Dictionary* (8th ed. 2004). The "prime" Relator in this case is Charles C. Miller, and the caption recites that the action is "On relation by Charles C.: Miller." According to Mr. Miller, his self-proclaimed status as a Relator affords him not only the status of one who provides information but also gives him the power to institute this lawsuit in the name of the State of Georgia and for the benefit of all its citizens and, ultimately, for all Americans.

In 2009, prior to the institution of this action, Mr. Miller filed in this Court a petition for writ of *habeas corpus* challenging his incarceration after conviction in the U.S. District Court for the Western District of Washington of mail and bank fraud, an upward deviation from the Sentencing Guidelines for perjury, and an additional sentence imposed when his supervised release was revoked. *Miller v. Sanders,* 2009 WL 909598 (2009).   Along the way he made several appeals to the Ninth Circuit and he also sued the trial judge, using that as a basis for demanding that the judge be disqualified from continuing to handle Mr. Miller's case.   In his *habeas corpus* petition Mr. Miller alleged, among other things, that application to the Washington court would be a fraud because it is "a creation of the same void, invalid, never lawfully processed papers."   Judge Friedman concluded that this Court

2

lacked subject matter jurisdiction and that Mr. Miller's "challenge to the legitimacy of the sentencing court is simply frivolous." *Miller v. Sanders,* 2009 WL 909598 (2009).  In this action, Mr. Miller broadens his position that the legal system is illegitimate to include the entire political and socio-economic foundation of this country.

Against this backdrop of fraud, perjury, and an expressed contempt for the American legal system, Mr. Miller now takes aim at the Federal Reserve, asking the Court to unravel this country's socio-economic fabric and replace it with one that merits his approbation.  In this mission, he is joined by "General Relators" Percy C. Helmer, Jr., James Tucker-Bey, Robert L. and Dylette B. Knupp, and Marilyn B. Othen who together are the Plaintiffs.

Mr. Miller's definition of the Federal Reserve is the predicate for his "Complaint on Funds (Money) Loaned."  It is evident from his Complaint that Mr. Miller has read the Federal Reserve Act, but he reinvents the structure of the Federal Reserve to suit his own purposes.  According to Mr. Miller, the "Federal Reserve" is a monolithic entity, a body corporate composed of the twelve Reserve Banks acting in concert.  "FEDERAL RESERVE is a person, a private corporation, constructed by Congress, a non governmental organization under private ownership, a stock company constructed by Congress of the United States in agency to the People, Plaintiffs herein through the States in Republic Union, which operates in commerce, dealing in credit obtained from the sweat equity of the Plaintiffs." *Complaint, ¶6.*

3

The Act of Congress to which Mr. Miller refers is the Federal Reserve Act of 1913, 12 U.S.C. §221, *et seq*. that established the Federal Reserve <u>System</u>. Reference to the Act, and to the Declarations of the 12 Reserve Banks (attached as *Exhibit A*), shows that Mr. Miller's description is fatally flawed. The following facts are set out in the Declarations attached as Exhibit A.

The Federal Reserve System is not "owned" by anyone.   It is principally comprised of the Board of Governors of the Federal Reserve System ("Board of Governors"), an agency of the U.S. government, and twelve Federal Reserve Banks ("Reserve Banks") which are subject to the oversight of the Board of Governors but chartered by the Comptroller of the Currency and structured essentially as private corporations.  This structure is unique among other central banks.   For example, unlike the Bank of England, the Federal Reserve is <u>not</u> a single entity but rather is a decentralized <u>system</u>.

Mr. Miller correctly acknowledges that the country is divided into twelve specifically defined geographical areas, called Districts, and that each Reserve Bank operates within its own District.  Each is governed by its own Board of Directors, each has a President and other typical corporate officers, and each issues stock.  The stock is not available to members of the public and is owned exclusively by member banks within the District serviced by a particular Reserve Bank.  However, shareholders of the Defendants do not have the same financial interest as shareholders of other banks.   They

4

cannot sell or pledge their shares; their dividends are fixed by law and are not dependent on the financial performance of a solvent bank; and their participation in the election of Defendants' directors is restricted and is not related to the number of shares they hold.

Mr. Miller ignores the essential structure of the Federal Reserve System—a combination of a centralized government agency and <u>regional</u> corporate Reserve Banks operating within a defined geographical area. Reserve Banks perform valuable functions within their Districts such as supervising and regulating certain financial and depository institutions and operating to foster the stability of the U.S. economic and financial system within their respective regions.  An essential element of the regional nature of a Reserve Bank is that it is an independent and separate entity, in close contact with its region's financial institutions, businesses, and communities. Reserve Bank officials have direct and frequent contact with financial institutions and businesses in their immediate region, enabling them to gather a wealth of current information about economic conditions and the financial system within that region that may not be available from any other source.

The foregoing brief explanation demonstrates that although Reserve Banks are a component of the overall Federal Reserve System, they are the regional, rather than the centralized, component, chartered to operate independently within a defined geographic region.  So contrary to what

DSMDB-2754582v01

Plaintiffs assert, each Reserve Bank does not do business all over the country, and they do not operate as a unitary "Federal Reserve" entity.

## II.   ARGUMENT

### 1.  *With the exception of Fed Richmond, this Court does not have personal jurisdiction over the Defendant Reserve Banks.*

In a confused manner, Plaintiffs recite some of the grounds for personal jurisdiction in the District of Columbia long-arm statute, but plead no specific facts to justify jurisdiction over any of the Defendants in the District of Columbia.  Instead, Plaintiffs' entire Complaint is predicated upon what they perceive as the effect of Defendants' alleged wrongful conduct on the citizens of the country as a whole.  However, for the purpose of establishing jurisdiction under the District of Columbia long-arm statute, it is contacts with the District, and not the nation as a whole, that are critical. *Heller v. Nicholas Applegate Capital Management, LLC*, 498 F.Supp.2d 100 (D.D.C. 2007).

All twelve Reserve Banks are non-residents of the District of Columbia, and Fed Richmond is more than 100 miles away.  Therefore, this Court can exercise jurisdiction over the Banks only if authorized by the District's long-arm statute, *D.C. Code* §§13-422 and 423.  Section 422 applies only to a person domiciled in, organized under the laws of, or maintaining a principal place of business in the District of Columbia.  Clearly, none of the Defendants qualify under those criteria.  The only ground under §423 upon

DSMDB-2754582v01

which Plaintiffs could claim personal jurisdiction is "transacting any business in the District of Columbia".   Since the District of Columbia is in Fed Richmond's Fifth Federal Reserve District, it transacts business in the District.  The other eleven Reserve Banks do not.

To obtain personal jurisdiction over a non-resident defendant under the "transacting business" provision of the long-arm statute, Plaintiffs must assert three elements with specificity: (1) the non-resident must have transacted business within the District, and the facts that constitute the doing of business must be identified with specificity, (2) the contact must give rise to the claim, and (3) the assertion must be consistent with due process considerations.  *Gowens v. Dyncorp,* 132 F.Supp.2d 38 (D.D.C. 2001).  Failure to factually plead with specificity any of the foregoing is fatal to a claim of *in personam* jurisdiction.  These principles have recently been reaffirmed by this Court:

> The plaintiff has the burden of making a *prima facie* showing that the Court has personal jurisdiction over the defendant [citations omitted].   To meet this burden, the plaintiff "must allege specific facts on which personal jurisdiction can be based: [she] cannot rely on conclusory allegations."

*Davis v. Grant Park Nursing Home LP*, 639 F.Supp.2d 60, 65 (D.D.C. 2009).

> "The plaintiff has the burden of establishing a factual basis for the exercise of personal jurisdiction over the defendant" [citations omitted], and it "cannot rely on conclusory allegations" [citations omitted].  "When considering personal jurisdiction, the court need not treat all of the plaintiff's allegations as true. Instead, the court may receive and weigh affidavits and other

7

relevant matter to assist in determining the jurisdictional facts" [citations omitted].

\*\*\*

To satisfy the Due Process Clause, a plaintiff must show that the defendant "purposefully availed himself of conducting activities within the forum state, thus invoking the benefits and protections of its laws,"[citations omitted] and that the defendant has "minimum contacts"...[and] "conduct and connection with the forum [s]tate ... such that he should reasonably anticipate being haled into court there." *GTE New Media,* 199 F.3d at 1347 (citing *Int'l Shoe Co. v. Washington,* 326 U.S. 310, 316, 66 S.Ct. 154, 90 L.Ed. 95 (1945); *World-Wide Volkswagen Corp. v. Woodson,* 444 U.S. 286, 297, 100 S.Ct. 559, 62 L.Ed.2d 490 (1980)).

*Exponential Biotherapies, Inc. v. Houthoff Buruma N.V.*, 683 F.Supp.2d 1 (D.D.C. 2009).

The Plaintiffs have not alleged any facts justifying the exercise of personal jurisdiction over these Defendants, nor can they. As shown by the Federal Reserve Act and the Declarations of the Reserve Banks, the Reserve Banks are the regional, rather than a centralized component of the Federal Reserve System, chartered to operate independently within specifically defined geographic regions. If the Federal Reserve Bank of San Francisco could be haled into court in the District of Columbia, it could be haled into court in Maine, or Alabama, or Montana, or indeed, in any state in the Union. With the sole exception of Fed Richmond, this Court cannot exercise *in personam* jurisdiction over any of these Defendants.

DSMDB-2754582v01

**2.  *Plaintiffs have alleged no facts that would justify the exercise of personal jurisdiction over any of the Presidents of the Reserve Banks.***

Each Reserve Bank is a corporation, chartered by the Comptroller of the Currency.  As such, its officers and directors are shielded from individual liability and therefore, Plaintiffs' claims against the individual Reserve Bank Presidents must be dismissed:

First, Plaintiffs have alleged no facts that would justify the imposition of liability on the individual officers.  Gratuitously saying that they are sued in their "corporate capacities" does not impose individual liability.  In fact, in their corporate capacities, they are immune from individual liability.

Second, Plaintiffs have alleged no facts that would justify the exercise of *in personam* jurisdiction over any of the individual officers—none of the individual Defendants transacts business in the District of Columbia.  The fact that Fed Richmond transacts business in the District of Columbia does not mean that its President, Mr. Lacker, as an individual, transacts business there.  A court does not have jurisdiction over individual officers of a corporation just because the court has jurisdiction over the corporation; rather, personal jurisdiction over corporate officers in their individual capacities must be based on their personal contacts with the forum, not acts or contacts carried out in a corporate capacity.  *Bailey v. J&B Trucking Services, Inc.,* 577 F.Supp.2d 116 (D.D.C. 2008); *Wiggins v. Equifax, Inc.,* 853 F.Supp. 500 (D.D.C. 1994).

DSMDB-2754582v01

Third, Plaintiffs seek no relief against the individual Defendants.

## 3. *Plaintiffs lack standing to bring this action.*

The basic requirement for subject matter jurisdiction of federal courts is the existence of a case or controversy. *U.S. Constitution, Art. 3, §2, cl. 1.* The threshold issue of a plaintiff's standing is an essential and unchanging part of Article III's case or controversy requirement. To establish standing under Article III, a plaintiff must present an injury that is concrete, particularized, and actual or imminent, fairly traceable to the defendant's challenged action, and redressable by a favorable ruling. *Horne v. Flores*, 129 S.Ct. 2579 (2009); *Patchak v. Salazar*, 646 F.Supp.2d 72 (D.D.C. 2009). The Article III standing requirement assures that there is a real need to exercise the power of judicial review in order to protect the interests of the complaining party; where that need does not exist, allowing courts to oversee legislative or executive action would significantly alter the allocation of power among the executive, legislative, and judicial branches of government contemplated by the Constitution.

Plaintiffs bear the burden of showing that they have Article III standing for each type of relief sought, and they must show that the challenged action injures them in a concrete and personal way; i.e., Plaintiffs must have more than a general interest common to all members of the public. *Summers v. Earth Island Institute*, 129 S.Ct. 1142 (2009); *Lance v. Coffman*, 549 U.S. 437, 127 S.Ct. 1194 (2007). Finally, the Plaintiffs'

DSMDB-2754582v01

grievance must fall within the zone of interests protected or regulated by the statutory provision or constitutional guarantee invoked in the suit. *Bennett v. Spear,* 520 U.S. 154, 117 S.Ct. 1154 (1997); *Patchak v. Salazar*, 646 F.Supp.2d 72 (D.D.C. 2009). Plaintiffs' standing fails on all of these levels.

First, Plaintiffs claim that this action is brought by The People of the State of Georgia "*ex rel.* the Plaintiffs". In fact, Plaintiffs themselves admit their own lack of standing when they allege, in ¶20 of their Complaint, that "the State of Georgia is the proper party vehicle, a utility, to bring this suit...". The familiar abbreviation *ex rel.* means "on the relation or information of". A suit *ex rel.* is brought by the <u>government</u> upon the application of a private party (called a relator) who is interested in the matter. *Black's Law Dictionary* (8th ed. 2004). Here, Plaintiffs seek to expand that definition to provide that the relator not only supplies the information, but also has the power to actually bring an action by the State on his own behalf—in effect, turning the "Realtor" cause of action on its head to create some sort of a super derivative action in a Constitutional context. It goes without saying that such a suit must be brought by the <u>state</u>, through its Attorney General, and a state cannot appear *pro se.*

Second, as the "*ex rel.*" assertions in the Complaint confirm, Plaintiffs do not have a concrete, particularized injury that is more than a general interest common to all members of the public. Indeed, the *ex rel.* designation itself is an admission that the alleged injuries are common to all

11

people in the State of Georgia.   This is confirmed in the body of the Complaint.   Under "Relief" (*Complaint, ¶9*), all the people of the State of Georgia purportedly demand an audit of their money "loaned" to the Federal Reserve.   "Wherefore Relators herein represent all the people of the State of Georgia." *Complaint, Prayer for Relief.*   There are numerous references to Plaintiffs' enforcing a "Public Trust".   According to Plaintiffs, the intent of the Federal Reserve is to entice "all Americans to be forced by operation of quasi law to use Defendants' service of private money and regulations." *Complaint, ¶26.*

Third, Plaintiffs have alleged no injury fairly traceable to the "Federal Reserve's" challenged acts.   Indeed, they have alleged no facts at all.   They simply toss about conclusory allegations concerning the socio-economic structure of this country which they assert is "a trust whose beneficiaries are the One People constructing the political forum Republic, States in Union, the State of Georgia which constructed The United States of America, a Republic under perpetual Title." *Complaint, ¶3.*   In their Declarations, Plaintiffs say that, "I believe The State of Georgia is the constructor of the United States and therefore superior to The United States and its money, financial system insurer, FEDERAL RESERVE."   As more fully appears below, what Plaintiffs are asking this Court to do is to impose their own peculiar political and socio-economic theories on the entire country.   Plaintiffs'

12

grievances do not even arguably fall within the zone of interests protected by any discernable constitutional guarantee.

Fourth, Plaintiffs' claimed grievances cannot be redressed by a favorable ruling.  In their Prayer for Relief, they ask this Court to order: (i) an audit published on the Internet to disclose the "complete mechanisms applied to use and application of our equity wherein the values created from said equity the benefits of said equity are fully and completely disclosed"; (ii) a protective order to "regard each Relator as immune from process issued by any agency of the United States which operates off and from the private money system administered and operated by Defendants"; and (iii) an injunction against all foreclosures (the Federal Reserve does not conduct foreclosures).

The only way Plaintiffs' grievances could be addressed by a favorable ruling would be for this Court to order that an audit be conducted and published on the Internet <u>and</u> to hold that Plaintiffs have a claim to the money thus revealed superior to that of the government, and order that their respective shares be paid to them.  However, there is no statutory or Constitutional basis for such claims or such relief.  Therefore, the Plaintiffs have no standing to bring this suit and this Court lacks subject matter jurisdiction.

DSMDB-2754582v01

**4.   *Plaintiffs state no cause of action upon which relief may be granted.  Their entire Complaint is a statement of a political and socio-economic theory which they ask this Court to recognize as a concrete cause of action.***

For years courts interpreted *Conley v. Gibson,* 355 U.S. 41, 78 S.Ct. 99 (1957), to mean that a Complaint would survive a Motion to Dismiss unless there were no <u>conceivable</u> set of facts that would support relief—in other words, any statement revealing the theory of a claim would suffice unless the factual impossibility was shown from the face of the pleadings.  In *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 127 S.Ct. 1955 (2007), the Supreme Court held that after puzzling the profession for 50 years, that famous observation has earned its retirement.  The Court concluded that *Conley* does not impose a duty on courts to conjure up unpleaded facts that might possibly turn a frivolous claim of unconstitutional action into a substantial one.   Rather, the facts pled must be <u>plausible</u>, not merely conceivable.  That is the standard upon which this action must be judged.

The normal process one undertakes to determine whether a Complaint states a cause of action is to examine the facts pled, compare them to a recognized cause of action, and evaluate their plausibility in support of the cause of action.   In the case at bar, the nature of the cause of action is obscure, if not completely mystifying.  The Complaint is for "money loaned". Here and there Plaintiffs mention breach of contract, resulting trust, and redress of grievances.   However, when we search this Complaint to determine whether the facts pled resemble a recognized cause of action and

DSMDB-2754582v01

are plausible, we discover that there are no facts pled.  Instead we find a series of conclusory allegations that amount to no more than abstract theories of government and society that the Plaintiffs believe were <u>intended</u> to exist in this country and which, through reification, they have converted into an actual, concrete structure that has been unconstitutionally usurped by the Federal Reserve.

Plaintiffs' political theory posits "original powers" that reside in the One People, "and these original powers may never be altered even though current and past administration of these original powers is <u>different from those intended by the original constructors</u>.  The powers held by Relators <u>supersede all others</u> later constructed or administered (emphasis added)." *Complaint, ¶23.*  The claimed derivation of those powers is that the One People created the State of Georgia as a political body which is a trust with the beneficiaries as the One People, and the State of Georgia (presumably in concert with the other States) created the United States.  Ultimately, the One People created "the political forum Republic, States in Union." *Complaint ¶3.*  With a bit more specificity as to their claims, in ¶14 Plaintiffs assert that "the People on the Land created political bodies to "administer their political needs", and the States were created "on direct authority of the One People."  The One People created governments for administrative purposes only but the governments, and specifically the Federal Reserve, have usurped the rights and powers of the One People and have "stolen"

DSMDB-2754582v01

what rightfully belongs to Plaintiffs—the fruits of their labors, or their "sweat equity".  Plaintiffs' believe, and ask this Court to hold, that the Power of the One People overrides the illegitimate system of government that now exists in this country.  However, this garbled mélange of discarded states' rights and nullification theories does not give rise to any cause of action against the Defendants.

In Plaintiffs' Declarations we see statements such as, "I am a living, breathing human being.  I am not public property; I object and deny to ever being deemed public property by any entity or person agents of Defendants or The United States or its instrumentalities", and wonder as to what possible relevance they can have to anything.  In the Plaintiffs' minds, the key to relevance appears in their Declarations:

> I am a member of the private contract trust, the political body engaged in Redress of Grievance against government entity FEDERAL RESERVE, which is entitled INDIVIDUAL REIFICATION SOCIETY, an association of Free Americans operating under absolute promise issued by the United States binding all of its agents and instrumentalities to protect Me in my right to exercise political will through Redress via the Courts of The United States.

Thus, Plaintiffs acknowledge that their purpose in filing this action is not to pursue a recognized legal cause of action, but rather to exercise their political will through the courts.  "Reification", the term with which they define their organization, is the Rosetta Stone that unlocks the secret of that purpose.

DSMDB-2754582v01

Reification is the mental conversion of an abstract concept into a material thing. *Black's Law Dictionary* (8th ed. 2004). A more specific definition is given in Scott & Marshall, *Oxford Dictionary of Sociology* (Oxford University Press, 3d ed., Rev. 2009), a true copy of which is attached as *Exhibit B*:

> The error of regarding an abstraction as a material thing, and attributing causal powers to it—in other words, the fallacy of misplaced concreteness. An example would be treating a model or ideal type as if it were a description of a real individual or society. In Marxist theory, reification is linked to people's alienation from work and their treatment as objects of manipulation rather than as human beings, and was popularized by Gyorgy Lukacs, but the term is given a variety of meanings by different schools of Marxist thought.

The absence of any factual predicate for a cause of action now becomes clear. Plaintiffs are not interested in facts. Rather, they posit an abstract political theory concerning the rights and powers of the One People (or, in more familiar terms, the "Workers" or the "Proletariat") which, through reification, they claim is in reality the concrete, factual, socio-economic and political structure of the United States that was created ("constructed") by the One People and which has been usurped by the Federal Reserve. Now we see that Plaintiffs' rambling allegations fit nicely within the definition of reification quoted from the *Oxford Dictionary of Sociology*.

DSMDB-2754582v01

Definition:   *In Marxist theory, reification is linked to the people's alienation from work.*

Theory expressed in the Complaint and attached Declarations: Plaintiffs clearly express their belief that the Federal Reserve has alienated them from their work and the fruits of their labor:   The Federal Reserve deals "in credit obtained from the sweat equity of the Plaintiffs".[1]   "Current backing for FEDERAL RESERVE Fiat Currency is founded upon sweat equity provided by the Plaintiffs herein…credit issued by the People, Plaintiffs herein through local banks franchised by Defendant FEDERAL RESERVE as licensed by U.S. Treasury, Comptroller of Currency office".[2]   "Defendants herein enrich themselves from use of Plaintiffs' sweat equity, promise to pay a note, representing labor in the Future".[3] The intent of the Federal Reserve is to "entice all Americans to be forced to use Defendants' service of private money and regulations", resulting in "commercial slavery and economic serfdom" whereby Plaintiffs do not receive "fair value for providing the very substance used by Defendants to operate the business of money".[4] Plaintiffs' value, their "sweat equity", their future labor is used to expand the private money supply of the Federal Reserve, and current funds in

---

[1] *Complaint ¶6.*
[2] *Complaint ¶16.*
[3] *Complaint ¶18.*
[4] *Complaint ¶26.*

DSMDB-2754582v01

circulation were created from their past labor.  Their equity has been "used, abused, stolen, wasted, and converted."[5]

In their Declarations, each Plaintiff repeats his claim that the Federal Reserve has alienated him from his work and labor, his "sweat equity".  "I hold an obligation to ensure my value, the equity of my labor transmitted to commercial fungible, is not wasted, abused, or converted".[6]

Definition:  *In Marxist theory, reification is linked to treatment of people as objects of manipulation rather than as human beings.*

Theory expressed in the Complaint and attached Declarations: Plaintiffs claim that they have been reduced to objects of manipulation, chattels, and assert their status as human beings:  "I am a living, breathing human being, flesh and blood.  I am not public property.  I object and deny to ever being deemed public property by any entity or person agents of Defendants or the United States or its instrumentalities."[7]

Plaintiffs' abstract theory is clear.  They hold "equity" positions in the monetary system of the United States created through their work, their labor, their sweat equity, that have been unconstitutionally appropriated by the Federal Reserve.  They have a right to demand an accounting from the Federal Reserve and to have this Court impose a trust in their favor on all the monies of the United States.

---

[5] *Complaint ¶¶29 & 31.*
[6] Declarations of Plaintiffs.
[7] Declarations of Plaintiffs.

DSMDB-2754582v01

As the above attempts to parse what is perhaps ultimately resistant to any kind of logical analysis demonstrate, the "facts" pled by Plaintiffs are not facts.  They are their political and socio-economic theories which, through reification, they have, in their own minds, converted into material things. Before this Court can grant the relief sought, it must first accept Plaintiffs' claims that the "original powers may never be altered", that the powers now assumed by the government, and particularly the Federal Reserve, are "different from those intended by the original constructors", and that the powers of Plaintiffs supersede all powers of the government of the United States.   That is not a cognizable Article III claim and therefore Plaintiffs state no cause of action known to American jurisprudence.

Respectfully submitted:

FEDERAL RESERVE BANK OF BOSTON
Eric S. Rosengren, President
FEDERAL RESERVE BANK OF NEW YORK
William C. Dudley, President
FEDERAL RESERVE BANK OF PHILADELPHIA
Charles I. Posner, President
FEDERAL RESERVE BANK OF CLEVELAND
Sandra Pianalto, President
FEDERAL RESERVE BANK OF RICHMOND
Jeffrey M. Lacker, President
FEDERAL RESERVE BANK OF ATLANTA
Dennis P. Lockhart, President
FEDERAL RESERVE BANK OF CHICAGO
Charles Evans, President
FEDERAL RESERVE BANK OF ST. LOUIS
James Bullard, President
FEDERAL RESERVE BANK OF MINNEAPOLIS
Narayana Kocherlakota, President, substituted
for Gary H. Stern, no longer President

DSMDB-2754582v01

FEDERAL RESERVE BANK OF KANSAS CITY
Thomas M. Hoenig, President
FEDERAL RESERVE BANK OF DALLAS
Richard W. Fisher, President
FEDERAL RESERVE BANK OF SAN FRANCISCO
Janet L. Yellen, President

By their attorneys

/s/George R. Pitts

George R. Pitts
D.C. Bar No. 417666
Attorney for Defendants
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006-5403
Telephone: (202) 420-3158
Fax: (202) 420-2201
pittsg@dicksteinshapiro.com

/s/Frank E. Brown, Jr.

Frank E. Brown, Jr.
*Pro hac vice* pending
Attorney for Defendants
Saunders & Brown, PLC
8280 Greensboro Dr., Ste. 601
McLean, VA 22102
Telephone: (703) 506-1022
Fax: (703) 506-1095
gbrown@saundersbrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I further certify that I have reason to believe that the Plaintiffs will not use the CM/ECF system. Accordingly, I hereby certify that I have served the foregoing Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss by U.S. mail, first-class postage prepaid, to the following:

Charles C. Miller
1204 Auburn Way N., #416
Auburn, Washington 98002

Percy C. Helmer, Jr.
1033 East Club Court
Atlanta, Georgia

James Tucker-Bey
110 Victoria Drive
Fayetteville, Georgia

Dylette B. Knupp
231 Lindsey Place
Marietta, Georgia

/s/George R. Pitts

George R. Pitts

DSMDB-2754582v01

# EXHIBIT A

## STRUCTURE OF THE FEDERAL RESERVE SYSTEM

According to Plaintiffs, the "Federal Reserve" is a unitary entity, "a private stock company constructed by Congress, a non governmental organization under private ownership" that is composed only of the twelve Reserve Banks named as Defendants.  Plaintiffs have affirmed under penalty of perjury that the facts they allege are true and correct.  They are not.

Congress established the Federal Reserve System by enacting the Federal Reserve Act of 1913.  The Federal Reserve System is principally comprised of the Board of Governors of the Federal Reserve System ("Board of Governors"), an agency of the U.S. government, and twelve Federal Reserve Banks ("Reserve Banks"), which are subject to the oversight of the Board of Governors but chartered by the Comptroller of the Currency and structured essentially as private corporations.  This structure is unique among other central banks.  For example, unlike the Bank of England, the Federal Reserve is <u>not</u> a single entity but rather is a decentralized system.

Plaintiffs correctly acknowledge that the country is divided into twelve specifically defined geographical areas, called Districts, and that each Reserve Bank operates within its own District.  Some confusion may arise as to the nature of Reserve Banks because they have attributes of a private corporation.  Each is governed by its own Board of Directors, each has a President and other typical corporate officers, and each issues stock.  The stock is not available to members of the public and is owned exclusively by member banks within the District serviced by a particular Reserve Bank.  However, shareholders of a Reserve Bank do not have the same financial interests as shareholders of other banks.  They cannot sell or pledge their shares; their dividends are fixed by law and are not dependent upon the financial performance of a solvent bank; and their participation in the election of a Reserve Bank's directors is restricted and is not related to the number of shares held by a member bank.

The plaintiffs ignore the essential structure of the Federal Reserve—a combination of a centralized government agency and <u>regional</u> corporate Reserve Banks operating within a defined geographic area.  Reserve Banks perform valuable functions within their Districts, such as supervising and regulating certain financial and depository institutions, and operating to foster the stability of the U.S. economic and financial system within their respective regions.  An essential element of the regional nature of a Reserve Bank is that it is an independent, separate entity in close contact with its region's financial institutions, businesses, and communities.  Federal Reserve Bank officials have direct and frequent contact with financial institutions and businesses in their immediate region,

enabling them to gather a wealth of current information about economic conditions and the financial system within that region that may not be available from other sources.

The foregoing brief explanation is intended to demonstrate that although Reserve Banks are a component of the overall Federal Reserve System, they are the regional, rather than centralized, component of the System, chartered to operate independently within a defined geographic region. Accordingly, contrary to what plaintiffs apparently believe, each Reserve Bank does not do business all over the country so that it should expect to be haled into court in every state in the union.

The facts contained in this document are verified by the Declarations of the Reserve Bank Defendants attached hereto.

## DECLARATION OF STEPHEN J. SMITH

1.    I am Stephen J. Smith, Assistant Vice President and Counsel of the Federal Reserve Bank of Philadelphia.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.    I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.    The Federal Reserve Bank of Philadelphia is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.    Charles Plosser, President of the Federal Reserve Bank of Philadelphia, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 16, 2010

### DECLARATION OF SHARON RUTH

1.   I am Sharon Ruth, General Counsel and Group Vice President of the Federal Reserve Bank of San Francisco. I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.   I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.   The Federal Reserve Bank of San Francisco is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.   Janet Yellen, President of the Federal Reserve Bank of San Francisco, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 11, 2010

*Sharon Ruth*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE PEOPLE OF THE STATE OF )
    CALIFORNIA )
On Relation by Charles C.: Miller )
ex rel. Randall Lynn, Harper, *et al.*, )
                                )
          Plaintiffs )
                                )
v. )
                                ) Case No. 1:10cv-00008-RJL
THE FEDERAL RESERVE )
A Private Stock Company )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve )
Bank of Boston, *et al.*, )
                                )
          Defendants )

_____ )

THE PEOPLE OF THE STATE OF )
    GEORGIA )
On Relation by Charles C.: Miller )
ex rel. Percy C.: Helmer, Jr., *et al.*, )
                                )
          Plaintiffs )
                                )
v. )
                                ) Case No. 1:10cv-00007-RJL
THE FEDERAL RESERVE )
A Private Stock Company )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve )
Bank of Boston, *et al.*, )
                                )
          Defendants )

_____ )

THE PEOPLE OF THE STATE OF          )
    SOUTH CAROLINA                      )
On Relation by Charles C.: Miller   )
ex rel. Jerry E. Hartsoe, Jr., *et al.*,   )
                                  )
      Plaintiffs                  )
                                    )
v.                                  )
                                    ) Case No. 1:10cv-00006-RJL
THE FEDERAL RESERVE                 )
A Private Stock Company             )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve  )
Bank of Boston, *et al.*,           )
                                    )
      Defendants                  )
_____)

THE PEOPLE OF THE STATE OF          )
    WASHINGTON                          )
On Relation by Charles C.: Miller   )
ex rel. Dean Arlo: Arp, *et al.*,   )
                                    )
      Plaintiffs                  )
                                    )
v.                                  )
                                    ) Case No. 1:10cv-00005-RJL
THE FEDERAL RESERVE                 )
A Private Stock Company             )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve  )
Bank of Boston, *et al.*,           )
                                    )
      Defendants                  )
_____)

## DECLARATION OF MICHELLE H. GLUCK

    1.    I am Michelle H. Gluck, General Counsel and Senior Vice President of the Federal Reserve Bank of Richmond.  I am over the age

of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.     I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.     The Federal Reserve Bank of Richmond is not chartered under the laws of the District of Columbia and it does not maintain an office or place of business in the District of Columbia.

4.     Jeffrey M. Lacker, President of the Federal Reserve Bank of Richmond, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 16, 2010

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF<br>    CALIFORNIA<br>On Relation by Charles C.: Miller<br>ex rel. Randall Lynn, Harper, *et al.*,<br><br>       Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.*,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:10cv-00008-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| THE PEOPLE OF THE STATE OF<br>    GEORGIA<br>On Relation by Charles C.: Miller<br>ex rel. Percy C.: Helmer, Jr., *et al.*,<br><br>       Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.*,<br><br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:10cv-00007-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE PEOPLE OF THE STATE OF            )
    SOUTH CAROLINA                )
On Relation by Charles C.: Miller     )
ex rel. Jerry E. Hartsoe, Jr., *et al.*,   )
                    )
        Plaintiffs                 )
                    )
v.                                    )
                    ) Case No. 1:10cv-00006-RJL
THE FEDERAL RESERVE                   )
A Private Stock Company               )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve    )
Bank of Boston, *et al.*,               )
                    )
        Defendants                  )
_____)

THE PEOPLE OF THE STATE OF            )
    WASHINGTON                    )
On Relation by Charles C.: Miller     )
ex rel. Dean Arlo: Arp, *et al.*,       )
                    )
        Plaintiffs                 )
                    )
v.                                    )
                    ) Case No. 1:10cv-00005-RJL
THE FEDERAL RESERVE                   )
A Private Stock Company               )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve    )
Bank of Boston, *et al.*,               )
                    )
        Defendants                  )
_____)

## DECLARATION OF DAVID K. PARK

    1.    I am David K. Park, Vice President, Deputy General

Counsel, and Secretary of the Federal Reserve Bank of Boston. I am

over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in the captioned actions.

2.      I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.      The Federal Reserve Bank of Boston is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.      Eric S. Rosengren, President of the Federal Reserve Bank of Boston, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 16, 2010

_David V. Park_

## DECLARATION OF SUSAN K. ROSSBACH

1.       I am Susan K. Rossbach, Deputy General Counsel and Vice President of the Federal Reserve Bank of Minneapolis.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.       I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.       The Federal Reserve Bank of Minneapolis is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.       Gary H. Stern is no longer President of the Federal Reserve Bank of Minneapolis.  The current President is Narayana R. Kocherlakota.  Mr. Stern did not have a place of business within the District of Columbia and did not transact business in the District of Columbia.  Mr. Kocherlakota does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: 2/12/10

## DECLARATION OF ANDREW WATTS

1.      I am Andrew Watts, General Counsel and Senior Vice President of the Federal Reserve Bank of Cleveland.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.      I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.      The Federal Reserve Bank of Cleveland is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.      Sandra Pianalto, President of the Federal Reserve Bank of Cleveland, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: _February 11, 2010_

_____

FEDERAL RESERVE BANK
OF CHICAGO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## DECLARATION OF THE FEDERAL RESERVE BANK OF CHICAGO
## AND CHARLES EVANS, PRESIDENT

1.    I am Elizabeth Knospe, General Counsel and Senior Vice President, of the Federal Reserve Bank of Chicago.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.    I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.    The Federal Reserve Bank of Chicago is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.    Charles Evans, President of the Federal Reserve Bank of Chicago, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: 2/12/2010

_Elizabeth Knospe_

230 SOUTH LASALLE STREET
CHICAGO, ILLINOIS 60604-1413
www.chicagofed.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF<br>    CALIFORNIA<br>On Relation by Charles C.: Miller<br>ex rel. Randall Lynn, Harper, *et al.*,<br><br>          Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.,*<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:10cv-00008-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| THE PEOPLE OF THE STATE OF<br>    GEORGIA<br>On Relation by Charles C.: Miller<br>ex rel. Percy C.: Helmer, Jr., *et al.,*<br><br>          Plaintiffs<br><br>v.<br><br>THE FEDERAL RESERVE<br>A Private Stock Company<br>Eric S. Rosengren dba Eric S. Rosengren<br>President and CEO, Federal Reserve<br>Bank of Boston, *et al.,*<br><br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:10cv-00007-RJL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE PEOPLE OF THE STATE OF        )
    SOUTH CAROLINA                )
On Relation by Charles C.: Miller        )
ex rel. Jerry E. Hartsoe, Jr., *et al.*,        )
                       )
      Plaintiffs        )
                       )
v.        )
                       ) Case No. 1:10cv-00006-RJL
THE FEDERAL RESERVE        )
A Private Stock Company        )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve        )
Bank of Boston, *et al.*,        )
                       )
      Defendants        )
_____)

THE PEOPLE OF THE STATE OF        )
    WASHINGTON                )
On Relation by Charles C.: Miller        )
ex rel. Dean Arlo: Arp, *et al.*,        )
                       )
      Plaintiffs        )
                       )
v.        )
                       ) Case No. 1:10cv-00005-RJL
THE FEDERAL RESERVE        )
A Private Stock Company        )
Eric S. Rosengren dba Eric S. Rosengren )
President and CEO, Federal Reserve        )
Bank of Boston, *et al.*,        )
                       )
      Defendants        )
_____)

## DECLARATION OF MICHAEL A. HELD

1.    I, Michael A. Held, declare that I am a Senior Vice President and the Corporate Secretary of the Federal Reserve Bank of

New York. I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.    I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.    The Federal Reserve Bank of New York is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.    Mr. William C. Dudley, President of the Federal Reserve Bank of New York, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 12, 2010

Michael A. Held

## DECLARATION OF CHARLES L. BACON, JR.

1.   I am Charles L. Bacon, Jr., General Counsel and Senior Vice President of the Federal Reserve Bank of Kansas City. I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in these actions.

2.   I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.   The Federal Reserve Bank of Kansas City is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.   Thomas M. Hoenig, President of the Federal Reserve Bank of Kansas City, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: 2/11/10

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

## DECLARATION OF ROY HENDIN

1.    I am Roy Hendin, Vice President and Deputy General Counsel of the Federal Reserve Bank of St. Louis. I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this case.

2.    I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.    The Federal Reserve Bank of St. Louis is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.    James B. Bullard, President of the Federal Reserve Bank of St. Louis, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: February 11, 2010

_____
ROY HENDIN

## DECLARATION OF MILLARD E. SWEATT

1.     I am Millard E. Sweatt, General Counsel and Senior Vice President of the Federal Reserve Bank of Dallas.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in these actions.

2.     I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.     The Federal Reserve Bank of Dallas is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.     Richard Fisher, President of the Federal Reserve Bank of Dallas, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated: *16 Feb., 2010*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### DECLARATION OF FEDERAL RESERVE BANK OF ATLANTA

1.     I am Richard A. Jones, General Counsel and Senior Vice President, of the Federal Reserve Bank of Atlanta.  I am over the age of 18 years and make this Declaration from personal knowledge of the matters set forth herein and for use in this action.

2.     I have had input into the drafting of the document styled "Structure of the Federal Reserve System" and I adopt as true and correct the final version attached hereto.

3.     The Federal Reserve Bank of Atlanta is not chartered under the laws of the District of Columbia, it does not maintain an office or place of business in the District of Columbia, and it does not transact business in the District of Columbia.

4.     Dennis Lockhart, President of the Federal Reserve Bank of Atlanta, does not have a place of business within the District of Columbia and does not transact business in the District of Columbia.

I declare that the foregoing is true and correct.

Dated:  February 16, 2010

_____
Richard A. Jones

# EXHIBIT B

OVER 140,000 COPIES SOLD

Web Linked

# Oxford

# Sociology

**JOHN SCOTT AND GORDON MARSHALL**

Representative works in English include Michel Aglietta, *A Theory of Capitalist Regulation: The U.S. Experience* (1976, trans. 1979); Mike Davis, *Prisoners of the American Dream* (1986); David M. Gordon, Richard Edwards, and Michael Reich, *Segmented Work, Divided Workers: The Historical Transformation of Labour in the United States* (1982); and Alain Lipietz, *Mirages and Miracles* (1987).

**Reich, Wilhelm** (1897–1957) A controversial Marxist neo-Freudian whose work stressed the importance of the physical body, especially the functions of the orgasm. He saw the mechanisms of repression found in the *authoritarian family leading to the creation of a character armour and a rigid conforming *personality type, and he saw the role of society as structuring this conformity into a compulsive morality (see, for example, *The Mass Psychology of Fascism*, 1942, and *The Sexual Revolution*, 1936). He anticipated many of the ideas of the Frankfurt School (*see* CRITICAL THEORY) on *mass society, became a guru of the Free Love counter-culture movement, but died in the United States dismissed as a crank.

**reification** The error of regarding an abstraction as a material thing, and attributing causal powers to it—in other words the fallacy of misplaced concreteness. An example would be treating a *model or *ideal type as if it were a description of a real individual or society. In Marxist theory, reification is linked to people's *alienation from work and their treatment as objects of manipulation rather than as human beings, and was popularized by György *Lukács, but the term is given a variety of meanings by different schools of Marxist thought.

**reinforcement** *See* CONDITIONING.

**relations of production** Once Karl *Marx had concluded that what labourers sold under *capitalism was not their labour but their labour-power (*see* LABOUR THEORY OF VALUE), and so opened up a new dimension of analysis, he was able to shed his dependence on the inherited term *division of labour as a means of conceptualizing what happens in production. Instead, he coined the term 'relations of production' to refer to the social relations specific to a particular *mode of production, and reserved division of labour (these days the 'technical division of labour') for the concrete, structural composition and organization of production relations.

In chapter 7 of volume i of *Capital*, Marx specifies the relations of production specific to capitalism as being two-fold. The first or control relation is described as follows: 'the labourer works under the control of the capitalist to whom his labour belongs; the capitalist taking good care that the work is done in the proper manner, and that the means of production are used with intelligence, so that there is no unnecessary waste of raw material and no wear and tear of the implements beyond what is necessarily caused by the work'. The second or ownership relation is specified far more generally: 'the labour process is a process between things that the capitalist has purchased, things that have become his property. The product of this process belongs, therefore, to him, just as much as does the wine which is the product of a process of fermentation completed in his cellar.'

The sum total of the relations of production comprise what Marx referred to (somewhat problematically) as the 'economic structure' of capitalist society, or its *al foundation'. As such, they also account for the division of that society into *classes